Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5884 GREENERY VIEW<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WEIMER, an individual; JPMORGAN CHASE BANK, N.A...; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:13-cv-01033-GMN-NJK<br><br>**STIPULATED INJUNCTION BETWEEN PLAINTIFF AND JP MORGAN CHASE BANK** |

Comes now the parties, who stipulate as follows:

Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction is hereby withdrawn.

Plaintiff's Bond of $1,000, paid into the District Court of Clark County, Nevada, is hereby released and shall be returned to Plaintiff.

Plaintiff and Chase stipulate and agree that they will not foreclose upon, sell, transfer, assign, encumber, or otherwise attempt to dispossess any title interest in the real property commonly known as 5884 Greenery View Lane, Las Vegas, Nevada 89118 (the "Subject Property"), until such time as (a) there is further order of the court, (b) stipulation of the parties, or (c) termination of this lawsuit.

//

//

This stipulation shall survive in the event this matter is remanded back to the District Court of Clark County, Nevada.

Dated July 12, 2013.

                                                                      SMITH LARSEN & WIXOM

| | |
|---|---|
| s/ Kerry P. Faughnan_____ | /s/ Paul M. Haire, Esq._____ |
| Kerry P. Faughnan, Esq. | Paul M. Haire, Esq. |
| Nevada Bar No. 12204 | Nevada Bar No. 5655 |
| P.O. Box 335361 | 1935 Village Center Circle |
| North Las Vegas, Nevada 89033 | Las Vegas, NV 89134 |
| (702) 301-3096 | |
| (702) 331-4222- Fax | Attorneys for Defendant |
| Kerry.faughnan@gmail.com | JP Morgan Chase Bank, N.A. |

Attorney for Plaintiff

**IT IS SO ORDERED.**

**DATED** this 16th day of July, 2013.

_____
Gloria M. Navarro
United States District Judge

2